COMPUSERVE, INC., APPELLANT, *v.* LIMBACH, TAX COMMR., APPELLEE.

[Cite as Compuserve, Inc. *v.* Limbach (1989), 44 Ohio St. 3d 147.]

(No. 88-250—Submitted June 6, 1989—Decided July 26, 1989.)

*Bricker & Eckler, Edgar L. Lindley* and *Charles F. Glander,* for appellant.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Richard C. Farrin,* for appellee.

The decision of the Board of Tax Appeals is reversed on authority of *Storer Communications, Inc.* v. *Limbach* (1988), 37 Ohio St. 3d 193, 525 N.E. 2d 466.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., concurs separately.

DOUGLAS, J., concurring. While I believe that the majority opinion writes R.C. 5733.05(B)(2)(c)(i) out of the statute, I concur on the principle of *stare decisis* based on *Storer Communications, Inc.* v. *Limbach* (1988), 37 Ohio St. 3d 193, 525 N.E. 2d 466.